COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:      01-18-00690-CV

Style:           Valentin Juarez and Bertha Juarez, Husband and Wife and Next Friend of Yolanda Juarez, Deceased and Raul Macias v. City of Houston, Houston Police Department, Lanice Tobias Jr, Harris County Sheriff's Department and American Honda Motor Company, Inc.

Appellants have objected to mediation. The Court's mediation order dated August 28, 2018 is withdrawn.

Judge's signature: /s/ Michael Massengale
                Acting individually

Date:  September 17, 2018

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).